UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gorski & Knowlton PC
By: Carol L. Knowlton, Esquire
311 Whitehorse Ave, Suite A
Hamilton, New Jersey 08610
(609) 964-4000
(609) 528-0721 - facsimile
cknowlton@gorskiknowlton.com
Attorneys for Debtor(s)

Order Filed on June 21, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

PV Pets, LLC

Case No.: 24-15472-JNP

Chapter: 11

Judge: Jerrold N. Poslusny, Jr.

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: June 21, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the application of __Gorski & Knowlton, Attorneys for Debtor__ for the reduction of time for a hearing on __Motion against Highland Hill Capital and Mynt Advance for willful violation of automatic stay provisions of 11 U.S.C. §362(a)__ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __June 25, 2024__ at __2:00PM__ in the United States Bankruptcy Court, __400 Cooper Street, 4th Floor, Camden, NJ 08101__, Courtroom No. __4C__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: __Overnight (email w consent) on creditors related to the motion.__

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to __UST__

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.1/12/22*