UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Gorski & Knowlton PC
By: Carol L. Knowlton, Esquire
311 Whitehorse Ave, Suite A
Hamilton, New Jersey 08610
Phone: (609) 964-4000
Fax:  (609)528-0721
cknowlton@gorskiknowlton.com

In Re:

PV PETS, LLC

Case No.  24-15472-JNP

Chapter 11

Judge:    Poslusny

## CERTIFICATE OF SERVICE

1. I, Carol L. Knowlton,

   ☒ represent the Debtor in the above captioned matter.

   ☐ am the secretary/paralegal for _____, who represents the

   _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On June 21, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Application for Order Shortening Time;
   - Order Shortening Time entered 6/21/24;
   - Notice of Motion for Damages for Creditor Misconduct;
   - Letter Brief;
   - Supporting Certification with Exhibits; and
   - Proposed form of Order.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

/s/ Carol L. Knowlton

Dated:    6/21/2024

_____
CAROL L. KNOWLTON

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kevin P. Callahan, Esquire<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other: Telephone notice |
| Nicole M. Nigrelli, Esquire<br>Ciardi, Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103 | Subchapter V Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other Federal Express overnight |
| President/Managing Member<br>Mynt Advance<br>633 167th Street<br>N. Miami Beach, FL 33162 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other Federal Express overnight |
| President/Managing Member<br>Highland Hill Capital LLC<br>1100 Park Central Blvd. S., Suite 1200<br>Pompano Beach, FL 33064 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other Federal Express overnight |
| Jacob Z. Weinstein, Esquire<br>420 Central Avenue, Ste. 301<br>Cedarhurst, NY 11516 | Attorney for Highland Hill Capital | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other Federal Express overnight |
| David Fogel, Esquire<br>1225 Franklin Avenue<br>Suite 201<br>Garden City, NY 11530 | Attorney for Mynt Advance | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other Federal Express overnight |
| Omega Recovery Group, LLC<br>o/b/o Highland Hill Capital<br>420 Central Avenue<br>Cedarhurst, NY 11516 | On behalf of Highland Hill Capital, Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other Federal Express overnight |