---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Gorski & Knowlton PC
By: Allen I. Gorski, Esquire
311 Whitehorse Ave, Suite A
Hamilton, New Jersey 08610
Phone: (609) 964-4000
Fax:  (609)528-0721
agorski@gorskiknowlton.com

---

In Re:

PV PETS, LLC

Case No.  24-15472-JNP

Chapter 11

Judge:    Jerrold N. Poslusny, Jr.

## CERTIFICATE OF SERVICE

1.  I, <u>Allen I. Gorski,</u>

    ☒ represent the Debtor in the above captioned matter.

    ☐ am the secretary/paralegal for _____, who represents the

    _____ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2.  On <u>June 21, 2024</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Letter to parties serve Interim Order Authorizing Use of Cash Collateral.

3.   I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

4.

Dated: 6/21/2024

/s/ Allen I. Gorski
_____
ALLEN I. GORSKI

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kevin P. Callahan, Esquire<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other - |
| Nicole M. Nigrelli, Esquire<br>Ciardi, Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA  19103 | Subchapter V Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other - |
| Mynt Advance<br>Attn: Pres., Officer, or Managing Agent<br>633 167th Street<br>N. Miami Beach, FL 33162 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other - |
| American Express<br>PO Box 981535<br>El Paso, TX 79998-1535 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other - |
| Fintegra, LLC<br>Attn: Pres., Officer, or Managing Agent<br>99 Wall Street, Suite 686<br>New York, NY 10005 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other - |
| Fora Financial Advance, LLC<br>Attn: Pres., Officer, or Managing Agent<br>1385 Broadway, 15th floor<br>New York, NY 10018 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other - |
| Highland Hill Capital LLC<br>Attn: Pres., Officer, or Managing Agent<br>1100 Park Central Blvd. S., Suite 1200<br>Pompano Beach, FL 33064 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other - |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| South Jersey Shops 2019, LLC<br>Attn: Joel Rosenberg<br>670 Myrtle Ave., #166<br>Brooklyn, NY 11205 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other - |
| TAB Bank<br>Attn: Pres., Officer, or Managing Agent<br>4185 Harrison Blvd<br>Suite 200<br>Ogden, UT 84403 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other - |
| U.S. Small Business Administration<br>409 Third St SW<br>Washington, DC 20024-3212 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other - |
| United States Attorney<br>Peter Rodino Federal Building<br>970 Broad Street, Suite 700<br>Newark, NJ 07102 | Attorneys for IRS | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other - |
| United States Attorney General<br>US Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 | Attorneys for IRS | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other - |
| NJ Attorney General Office<br>Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>Trenton, NJ 08611 | Attorney for State of NJ | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other - |